**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Carol Cepeda,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-04689-PHX-JJT (ASB)

**ORDER**

At issue is the Report and Recommendation (Doc. 18, "R&R") entered in this matter by United States Magistrate Judge Alison S. Bachus recommending that the Court affirm Defendant Commissioner's final decision in Plaintiff Cepeda's appeal. Plaintiff has timely filed Objections to the R&R (Doc. 19), and Defendant has filed his Response (Doc. 20). The Court will overrule the Objections, adopt the R&R in whole, and affirm the decision of the Commissioner.

Judge Bachus authored a thorough R&R in which she recounted in detail the support the ALJ had for each of the findings he had made that Plaintiff challenges as baseless. As to the first issue—whether the reasons the ALJ provided to reject Plaintiff's symptom testimony were clear and convincing—the Court agrees with the R&R that the ALJ "identified specific, clear and convincing reasons supporting a finding that [Plaintiff's] limitations were not as severe as she claimed." (R&R at 12 (internal quotation and citation omitted).) Pages 9 through 11 of the R&R are essentially a list of specific examples in which the ALJ identified areas in the medical record that conflicted with Plaintiff's

testimony. This is sufficient to uphold the ALJ's determination to reject Plaintiff's testimony under *Garrison v. Colvin*, 759 F.3d 995, 1014 (9th Cir. 2014).

As to the second issue—whether the ALJ gave "reasons based on consistency and supportability" that would allow him to reject assessments by medical professionals Dr. Clinton, PA Joy and Dr. Stevens that Plaintiff had limitations to her "upper extremity function" to conclude reaching and requiring the use of hand-held assistive devices for walking—the R&R discusses at length the specific information in the record on which the ALJ based his findings. Pages 17 through 21 of the R&R are largely comprised of quotations from the ALJ's findings that point straight to and define precisely the information contradicting or detracting from the assessments of the providers. The Court will not take the time to repeat the R&R's examples here because it could not improve on the distillation. It acknowledges Plaintiff's argument that support also exists for the providers' assessments, which in turn if accepted would advance her claim for benefits. But the standard the Court must apply is, as the R&R notes, substantial evidence supporting the ALJ's decision that "a reasonable mind might accept as adequate to support a conclusion." (R&R at 22 (internal citation omitted).) The ALJ's discussion of the information in the record and his apprehension of it meets that standard.

**IT IS ORDERED** overruling the Objections to the R&R (Doc. 19) and adopting the R&R (Doc. 18) entered by Judge Bachus in this matter.

**IT IS FURTHER ORDERED** affirming the decision of Defendant Commissioner of Social Security Administration. The Clerk of Court shall enter judgment for Defendant and terminate this matter.

**IT IS FURTHER ORDERED** that the reference of this case to the magistrate judge is withdrawn.

Dated this 26th day of August, 2026.

Honorable John J. Tuchi
United States District Judge